IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>    Plaintiff,<br><br> v.<br><br>SNOW TEETH WHITENING LLC,<br><br>    Defendant. | Civil Action No. 3:20-cv-00786-MAB |

## NOTICE OF SETTLEMENT

  Plaintiff Eric Foreman hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Snow Teeth Whitening LLC. The parties are finalizing settlement documents and expect to file a dismissal with prejudice within 45 days.

Dated: March 5, 2021        Respectfully Submitted,

                */s/ Benjamin J. Sweet*
                Benjamin J. Sweet
                ben@nshmlaw.com
                **NYE, STIRLING, HALE & MILLER, LLP**
                1145 Bower Hill Road, Suite 104
                Pittsburgh, Pennsylvania 15243
                Phone: (412) 857-5350

                *Attorneys for Plaintiff Eric Foreman*

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 5th day of March, 2021.

                                                                                                                */s/ Benjamin J. Sweet*
                                                                                                                  Benjamin J. Sweet