IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>Plaintiff,<br><br>v.<br><br>SNOW TEETH WHITENING LLC,<br><br>Defendant. | Civil Action No. 3:20-cv-00786-MAB |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Eric Foreman filed the above-referenced case against Defendant Snow Teeth Whitening, LLC on August 14, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: June 2, 2021                    Respectfully Submitted,

                                                         */s/ Benjamin J. Sweet*
                                                         Benjamin J. Sweet
                                                         ben@nshmlaw.com
                                                         **NYE, STIRLING, HALE & MILLER, LLP**
                                                         1145 Bower Hill Road, Suite 104
                                                         Pittsburgh, Pennsylvania 15243
                                                         Phone: (412) 857-5350

                                                         *Attorneys for Plaintiff Eric Foreman*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 2nd day of June, 2021.

 */s/ Benjamin J. Sweet*
Benjamin J. Sweet
