IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:20-CV-00786-MAB |
| | ) |
| SNOW TEETH WHITENING, LLC, | ) |
| | ) |
|       Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal filed on June 2, 2021 (Doc. 20) and the Order entered on June 4, 2021 (Doc. 21), this action is voluntarily **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), each party to bear its own costs and fees.

DATED: June 4, 2021

                                                MARGARET M. ROBERTIE,
                                                **Clerk of Court**

                                                BY:  /s/ *Jennifer Jones*
                                                           **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**